UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MATTHEW JONES,

    Petitioner,                                            Case No. 3:22-cv-352

vs.

DAVID YOST,                                  District Judge Michael J. Newman
Ohio Attorney General,                  Magistrate Judge Karen L. Litkovitz

    Respondent.

---

### ORDER: (1) DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 29); AND (2) CONFIRMING THE TERMINATION OF THIS CASE ON THE COURT'S DOCKET

---

For the reasons previously set forth by the Court in its August 20, 2024 Order (Doc. No. 27 at PageID 730-31), the Court hereby **DENIES** Petitioner's motion for a certificate of appealability (Doc. No. 29). The case remains terminated on the Court's docket.

 September 17, 2024                            s/*Michael J. Newman*
                                                            Hon. Michael J. Newman
                                                            United States District Judge